## Wilson v. Upper Moreland-Hatboro Joint Sewer Authority, Appellant.

Argued January 6, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

246

*Edward B. Duffy*, with him *Samuel H. High, Jr.*, for appellant.

*Conrad G. Moffett*, for appellees.

OPINION PER CURIAM, April 21, 1958:

The Judgment is affirmed on the able opinion of Judge ERVIN of the Superior Court, which is reported in 183 Pa. Superior Ct. 588, 133 A. 2d 361.